175 A.3d 148

SULLIVAN

v.

DEVAN

**Pet. Docket No. 312, Sept. Term, 2017**

Court of Appeals of Maryland.

December 15, 2017

Opinion of the Court of Special Appeals unreported (No. 821, Sept.Term, 2016).

Petition for writ of certiorari denied

175 A.3d 148

**TERRELL, Chastian Devon**

v.

**STATE of Maryland**

**Pet. Docket No. 346, Sept. Term, 2017**

Court of Appeals of Maryland.

December 15, 2017

Pending in the Court of Special Appeals (No. 1705, Sept. Term, 2017).

Petition for writ of certiorari denied